UNITED STATES BANKRUPTCY COURT
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Fourth Floor
St. Louis, MO 63102

In re  
Debtor(s):  
Albert Andrade – See below for reported alias information.  
xxx–xx–0792  
– See below for reported alias information.

Case No.: 14–49436 – A705  
CHAPTER: 7

### ORDER EXTENDING DEADLINE FOR THE TRUSTEE AND THE UNITED STATES TRUSTEE TO OBJECT TO DISCHARGE AND/OR DISCHARGEABILITY OF A DEBT

  The Trustee's Motion to extend the deadline set forth in Fed. R. Bankr. P. 4004(a) for the Trustee and the U. S. Trustee to object to discharge and/or to extend the deadline set forth in Fed. R. Bankr. P. 4007(c) for the Trustee and the U. S. Trustee to object to the dischargeability of a debt has been considered. The Court finds that cause exists to grant the requested relief. Therefore, the Trustee's motion is **GRANTED**, and it is hereby **ORDERED** that

☑  the deadline set forth in Fed. R. Bankr. P. 4004(a) for the Trustee and the U. S. Trustee to object to discharge is extended to June 2, 2015.

☐  the deadline set forth in Fed. R. Bankr. P. 4007(c) for the Trustee and the U. S. Trustee to object to the dischargeability of a debt is extended to June 2, 2015.

*Charles Rendlen III*  
**United States Bankruptcy Judge**

Dated: 3/16/15

**Reported Alias Information:**  
Albert Andrade –  
–

12/11